IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02745-RPM

GEOFFREY LARSON,

      Plaintiff,
v.

UNITED AIR LINES,

      Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE AND
ORDER SETTING SCHEDULING/PLANNING CONFERENCE
_____

      Upon reassignment of this case after the Order of Recusal of Judge Marcia S. Krieger and upon review of the file, it is

      ORDERED that the Order of Reference to Magistrate Judge Kristen L. Mix, entered December 8, 2009, is vacated and it is

      FURTHER ORDERED that the Order Setting Scheduling/Planning Conference, entered by Magistrate Judge Mix on December 8, 2009, is vacated.

      DATED:   January 6th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge