IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02745-RPM

GEOFFREY LARSON,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

---

On August 13, 2010, the defendant filed a motion to amend the scheduling order to provide additional time for the designation of "experts" [17]. As noted at the scheduling conference on March 26, 2010, there is no indication of any need for opinion testimony in this civil action. Accordingly, it is

ORDERED that the motion is denied.

DATED: August 16th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior Judge