**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     May 20, 2011
Courtroom Deputy:  Laura Galera
FTR Technician:     Kathy Terasaki

---

Civil Action No.: 09-cv-002745-RPM

GEOFFREY LARSON,                                    John R. Olsen

          Plaintiff,

v.

UNITED AIR LINES,                                   Maureen Reidy Witt
                                                    Mark Brian Wiletsky

          Defendant.

---

**COURTROOM MINUTES**

---

**Motion Hearing**

**9:30 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

9:37 a.m.      Argument by Ms. Witt regarding Defendant's Motion for Summary
               Judgment (Filed 11/30/10; Doc. No. 19).

10:02 a.m.     Argument by Mr. Olsen.

10:21 a.m.     Rebuttal argument by Ms. Witt.

**It was ORDERED:**

          **1.      Defendant's Motion to Strike Plaintiff's Declaration [33] is DENIED.**

**2.      Court takes Defendant's Motion for Summary Judgment [19] UNDER ADVISEMENT.**

**10:37 a.m.    Court in recess.**
Hearing concluded.
Total time: 1:07 minutes